

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00401-CR

Alberto **VERASTEGUI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

The docketing statement was due June 28, 2018, but has not been filed. See Tex. R. Civ. P. 32.2 (providing an appellant in a criminal case shall file a docketing statement promptly upon perfecting the appeal). We order appellant's counsel, Sylvia Ann Cavazos, to file the docketing statement by July 16, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court